UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NORTHERN LIGHTS, INC.,

                          Plaintiffs,         Docket No.: 00329/10

          -against-                   **STIPULATION OF**
                                               **DISCONTINUANCE AND**
PENN-AMERICA INSURANCE COMPANY, PENN-  **AMENDING CAPTION**
AMERICA GROUP, INC., UNITED AMERICAN
INSURANCE GROUP, and UNITED AMERICA
INDEMNITY, LTD.,

                         Defendants.
-------------------------------------------------------------x
PENN-AMERICA INSURANCE COMPANY, PENN-
AMERICA GROUP, INC., UNITED AMERICAN
INSURANCE GROUP, and UNITED AMERICA
INDEMNITY, LTD.,

                 Third-Party Plaintiffs,

          -against-

DANIEL KRUPIN,

               Third-Party Defendant.
-------------------------------------------------------------x

      **IT IS HEREBY STIPULATED** by and between the undersigned counsel of record for the parties below, that:

      **WHEREAS** plaintiff, NORTHERN LIGHTS, INC., commenced the instant action against PENN-AMERICA INSURANCE COMPANY, PENN-AMERICA GROUP, INC., UNITED AMERICAN INSURANCE GROUP, and UNITED AMERICA INDEMNITY, LTD.; and

      **WHEREAS** plaintiff, NORTHERN LIGHTS, INC., should have named as the defendant PENN-STAR INSURANCE COMPANY because they issued the insurance policy in dispute;

1

and

**IT IS HEREBY STIPULATED AND AGREED:**

1. That the above captioned action be, and the same hereby is discontinued with prejudice pursuant to FRCP 41(a) as against PENN-AMERICA INSURANCE COMPANY, PENN-AMERICA GROUP, INC., UNITED AMERICAN INSURANCE GROUP, and UNITED AMERICA INDEMNITY, LTD. without costs to either party as against the other; and

2. That the caption is hereby amended to name PENN-STAR INSURANCE COMPANY as the defendant in this action; and

3. That the Third-Party caption is hereby amended to name PENN-STAR INSURANCE COMPANY as third-party plaintiff.

Dated: Mineola, New York
       January 21, 2011

OFFICE OF DAVID BRICKMAN
**Attorney for Plaintiff**

_____
David Brickman, Esq
1664 Western Avenue
Albany, New York 12203

MIRANDA SAMBURSKY SLONE
SKLARIN VERVENIOTIS LLP
**Attorneys for Defendant/Third-Party Plaintiff**

_____
Michael A. Miranda (MAM-6413)
240 Mineola Boulevard
Mineola, New York 11501

IT IS SO ORDERED:

_____
Andrew T. Baxter
U.S. Magistrate Judge
Dated: 2/4/2011
       Syracuse, NY